IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FLEMING COMPANIES, INC., et al.,[1] | : | Case No. 03-10945 (MFW) |
| Debtors. | : | (Jointly Administered) |
| PCT, | : | |
| Plaintiff, | : | |
| v. | : | |
| Wayne Berry and Timothy Hogan, | : | Adv. Proc. No. 10-53159 (MFW) |
| Defendants. | : | |
| | : | Related Docket No. 14105 & Adv. 67 |

## ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE POST CONFIRMATION TRUST, WAYNE BERRY, AND JULIANNE BERRY

Upon consideration of the PCT's motion seeking approval of the *Stipulation Regarding Bankruptcy Claim Dispute* between the PCT, Wayne Berry, and Julianne Berry, and upon finding that this Court has jurisdiction over the above-captioned case and the *Stipulation Regarding Bankruptcy Claim Dispute* pursuant to 28 U.S.C. §§ 157 and 1334 and Article XIII of that certain plan of reorganization confirmed in *In re Fleming Companies, Inc.*, Case No. 03-10845 (MFW) (Docket No. 8268), and upon finding that venue is proper in this Court,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The *Stipulation Regarding Bankruptcy Claim Dispute* attached as <u>Exhibit 1</u> is hereby approved.

---

[1] Fleming Companies, Inc. is the only former debtor whose case remains open.

2. The Bankruptcy Court shall retain jurisdiction to interpret, implement and enforce the *Stipulation Regarding Bankruptcy Claim Dispute* notwithstanding the eventual closing of this Bankruptcy Case.

Dated: June 1, 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

DOCS_DE:169977.1