# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| PCT, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding No. 10-53159 |
| | ) | |
| Wayne Berry and Timothy Hogan, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff PCT, by and through its counsel (the "Plaintiff") and defendants Wayne Berry, an individual, and Timothy Hogan, an individual, (collectively, the "Defendants"), hereby stipulate to the voluntary dismissal with prejudice of the above-captioned adversary proceeding, as of June 22, 2011, with each side to bear its own costs and expenses, including attorney fees.

---

[1] Fleming Companies, Inc. is the only former debtor whose case remains open.

DOCS_DE:170882.1

Dated: June 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill* (signature)

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(Courier No. 19801)
(302) 652-4100 (Telephone)
(312) 652-4400 (Facsimile)

    and

JONES DAY LLP
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
555 South Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2407
Facsimile: (213) 243-2539

Co-Counsel for the Post Confirmation Trust

_____
Wayne Berry

_____
Timothy Hogan

- 2 -

DOCS_DE:170882.1

Dated: June 21, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(Courier No. 19801)
(302) 652-4100 (Telephone)
(312) 652-4400 (Facsimile)

and

JONES DAY LLP
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
555 South Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2407
Facsimile: (213) 243-2539

Co-Counsel for the Post Confirmation Trust

Wayne Berry

_/s/ Timothy J. Hogan_
Timothy Hogan